AO 91 (Rev. 11/11) Criminal Complaint AUSA Scott R. Paccagnini (815) 987-4444

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERT F. FLEMING

CASE NUMBER:
UNDER SEAL

17 CR 50076

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 31, 2017, at Rockford, in the Northern District of Illinois, Western Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 115(a)(1)(B) | threatening to assault a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

GERREN K. STITH
Special Agent, United States Capitol Police

Sworn to before me and signed in my presence.

Date: November 2, 2017

Judge's signature

City and state: Rockford, Illinois

IAIN D. JOHNSTON, U.S. Magistrate Judge
*Printed name and Title*

**FILED**

NOV 02 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ss |
| NORTHERN DISTRICT OF ILLINOIS | |

## AFFIDAVIT

I, Gerren K. Stith, being duly sworn, state as follows:

1. I am Special Agent with the United States Capitol Police, where I have served since October 2009. I am currently assigned to the Investigations Division Threat Assessment Section. My duties and responsibilities include, among other things, investigating threats made to federal officials. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received training and gained experience in search warrant and arrest warrant applications. I have participated in numerous investigations into threats against members of Congress to include violations of Title 18, United States Code, Section 115(b).

2. This affidavit is submitted in support of a criminal complaint alleging that on October 31, 2017, at Rockford, in the Northern District of Illinois, ROBERT F. FLEMING threatened to assault a United States official with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B). I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on interviews of witnesses, my own observations and actions, information received from other law enforcement agents, my experience and training, and the experience of other agents.

### FACTS IN SUPPORT OF PROBABLE CAUSE

4. Representative A is a member of the United States House of Representatives. Representative A represents a District in Illinois and maintains an office in Rockford, Illinois.

5. On October 31, 2017, FLEMING visited Representative A's Rockford office. There, FLEMING spoke to a member of Representative A's staff. Representative A was not present.

6. FLEMING asked for Social Security assistance and demanded that his Social Security money be released by November 1, 2017. FLEMING also mentioned that he was arrested on October 30, 2017, at the Social Security office in Rockford, Illinois. After the staff member said he could not promise the Social Security money by November 1, 2017, FLEMING became irritated and began grabbing items on the staff member's desk. The staff member asked FLEMING to leave.

7. As FLEMING was leaving, FLEMING said, "I am gonna fucking shoot this congress person in the head for refusing to speak to me." After FLEMING left, the staff member called the Social Security office in Rockford, Illinois. The Social Security office provided FLEMING's name to the staff member and confirmed that FLEMING was arrested at the Social Security office by Rockford Police on October 30, 2017, for assault and disorderly conduct.

8. On November 1, 2017, Federal Bureau of Investigation Special Agent Terrance Heatherman showed Representative A's staff member a photo array of nine individuals. The staff member positively identified FLEMING as the individual who made the threat against Representative A.

9. Based on the facts set forth above, there is probable cause that on October 31, 2017, at Rockford, in the Northern District of Illinois, ROBERT F. FLEMING threatened to assault Representative A, a United States official, with intent to impede, intimidate, or interfere with Representative A while engaged in the performance of Representative A's official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

FURTHER AFFIANT SAYETH NOT.

GERREN K. STITH
Special Agent, United States Capitol Police

SUBSCRIBED AND SWORN to before me on November 2, 2017.

IAIN D. JOHNSTON
United States Magistrate Judge

3