UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. | |
| ROBERT F. FLEMING | UNDER SEAL, 7 CR 5 0 0 7 6 |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting

United States Attorney for the Northern District of Illinois, and states as follows in

support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this

matter before the arrest warrant can be executed could alert the defendant and

result in his flight.

For this reason, the government respectfully requests that the Complaint,

Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the

time of arrest of the defendant in this case or further order of the Court, whichever

occurs earlier.

DATE: November 2, 2017

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: _Scott R. Paccagnini_

Scott R. Paccagnini
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444

FILED

NOV 02 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT