# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Western Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 3:17–cr–50076
                                                                  Honorable Iain D. Johnston

Robert F. Fleming

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2017:

      MINUTE entry before the Honorable Iain D. Johnston as to Robert F. Fleming (1): Initial Appearance held on 11/3/2017. CJA Panel attorney Brendan Caver appears on behalf of the defendant. Complaint reviewed and the defendants rights are explained on the record. The defendant understands the nature of the charges. Government seeks detention based on risk of flight and danger to the community. Detention Hearing set for 11/6/2017 at 4:30 PM. The defendant shall file a financial affidavit by close of business on 11/6/2017. The defendant is remanded to the custody of the U.S. Marshal. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.