**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 17 CR 50076-1 |
| v. ) | Magistrate Judge Iain D. Johnston |
| ) | District Judge Philip G. Reinhard |
| ROBERT F. FLEMING ) | |

**REPORT AND RECOMMENDATIONS**

      It being that defendant, Robert F. Fleming, has successfully complied with the conditions of his supervised release as discussed on the record at the April 29, 2019 status hearing, it is this Court's Report and Recommendation that the government's oral motion to dismiss the indictment against the defendant be granted and that the indictment therefore be dismissed. *See* Fed. R. Crim. P. 48(a). Any objection to this Report and Recommendation shall be filed by May 13, 2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:  April 29, 2019

x _____
U.S. Magistrate Judge Iain D. Johnston