# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17 CR 50076 |
| v. | ) | |
| | ) | Judge Philip G. Reinhard |
| Robert F. Fleming, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") [57] of Magistrate Judge Johnston recommending that the court dismiss the indictment in this case as defendant has complied with the conditions of his deferred prosecution agreement. In this case, the court has received no objections to the R & R (*see* [57], showing that objections were due by May 13, 2019). The government has further notified this court that the victim concurs with the dismissal. The court has reviewed the record in this case and finds that the April 29, 2019, R & R is not clearly erroneous. The constitution places the power to prosecute on the executive branch through the United States Attorney and cannot be denied except if such motion is in bad faith or contrary to the public interest, circumstances not relevant here. *See In re: United States of America*, 345 F.3d 450 (7th Cir. 2003). Rule 48 of the Federal Rules of Criminal Procedure requiring leave of court to dismiss an indictment, checks the discretionary power of the prosecutor to seek a nolle prosequi and later reindict on the same charges. *United States v. Martin*, 287 F.3d 609 (7th Cir. 2002). Accordingly, the court adopts in its entirety Judge Johnston's R & R. The government's oral motion to dismiss the indictment against the defendant is granted. The indictment in this case against the defendant is hereby dismissed.

Date: 05/23/2019                    ENTER:

_Philip G. Reinhard_
_____
United States District Court Judge

Electronic Notices. (LC)